THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gregory Allen Faile,       
Appellant,
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-615
Submitted August 20, 2003  Filed October 
 21, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia;  and  Solicitor Thomas E. Pope, 
 of York, for Respondent.
 
 
 

PER CURIAM:  Gregory Allen Faile appeals 
 from the trial courts acceptance of his guilty plea for driving under the influence 
 (second), driving under suspension (second), and habitual traffic offender.  
 Faile argues the pleas were not knowingly and intelligently made due to his 
 disagreement with the States facts.  Failes counsel attached to the brief 
 a petition to be relieved as counsel, stating that she had reviewed the record 
 and concluded this appeal lacks merit.  After a thorough review of the record 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Failes appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.